682 A.2d 1257

**George W. MINNICK, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE.**

**No. 097 Middle District Appeal Docket 1996.**

Supreme Court of Pennsylvania.

Sept. 17, 1996.

## ORDER

PER CURIAM.

AND NOW, this **17th** day of **September, 1996,** the appeal is quashed as untimely.